Patrick J. Murphy, WSB # 5-1779
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Ste. 400
P.O. Box 10700
Casper, WY 82602
Tel: 307.265.0700
Fax: 307.266.2306
Email: pmurphy@wpdn.net

Howard J. Russell
Email: HRussell@wwhgd.com
Jonathan Winn
Email: JWinn@wwhgd.com
Daniela LaBounty
Email: DLaBounty@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NANCY RANSOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:19-cv-00016-NDF |
| | ) |
| CRST EXPEDITED, INC., an Iowa | ) |
| corporation, EDGAR ZELAYA, an | ) |
| individual; and DOES 1 through 10, and | ) |
| ROE CORPORATIONS 1 through 10, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

1

Plaintiff NANCY RANSOM, by and through her counsel of record; and DEFENDANTS CRST EXPEDITED, INC., and EDGAR ZELAYA, by and through their counsel of record, hereby stipulate pursuant to FRCP 41(a)(1)(A)(ii) that the above action may be **DISMISSED WITH PREJUDICE** in its entirety, including all claims against all Defendants. The parties state that they have settled this action, with all parties to bear their own costs, fees and interest. The trial date and all pending hearings were previously vacated by General Order 20-02 and Order of this Court of March 23, 2020, and need not be reset.

DATED this 6th day of April, 2020.

CRST EXPEDITED, INC. and EDGAR ZELAYA, Defendants

/s/ Howard J. Russell

Howard J. Russell
Jonathan Winn
Daniela LaBounty
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
Email: hrussell@wwhgd.com
       jwinn@wwhgd.com
       dlabounty@wwhgd.com

Patrick J. Murphy, W.S.B. # 5-1779
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
(307) 265-0700 (Telephone)
(307) 266-2306 (Facsimile)
Email: pmurphy@wpdn.net

DATED this 3rd day of April, 2020.

NANCY RANSOM, Plaintiff

/s/

Maria Loventime U. Estanislao, Esq.
D.R. PATTI & ASSOCIATES
720 S. SEVENTH STREET, THIRD FLOOR
Las Vegas, NV 89101
(702) 331-3391
Email: mloventime@drpfirm.com

Michael D. Newman
WSB No. 5-2510
HAMPTON & NEWMAN, L.C.
118 3RD STREET
P.O. Box 1000
Rock Springs, WY 82902
(307) 982-6443
mnewman@hamptonnewmanlaw.com

Daniel E. Carvalho, Esq.
ROGERS, MASTRANGELO, CARVALHO &
MITCHELL
700 S. 3rd Street
Las Vegas, NV 89101
(702) 383-3400
dcarvalho@rmcmlaw.com

2